583 A.2d 299
STATE OF NEW JERSEY v. ROLANDO LAPPIN.

January 10, 1990.

Petition for certification denied.

583 A.2d 299
STATE OF NEW JERSEY v. ANTHONY WOODS.

January 10, 1990.

Petition for certification denied.

583 A.2d 299
STATE OF NEW JERSEY v. RICHARD SANTORO.

January 10, 1990.

Petition for certification denied.

583 A.2d 300
STATE OF NEW JERSEY v. ADRIANO PERALTA.

January 10, 1990.

Petition for certification denied.

583 A.2d 300
STATE OF NEW JERSEY v. CORNELL M. WOOD.

January 10, 1990.

Petition for certification denied.